

**ORDERED in the Southern District of Florida on June 4, 2026.**

**Craig A. Pugatch, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                             Case No.    26-16032-PDR

I&I DIAMONDS LLC,                      Chapter 11

                     Debtor(s).
_____/

### ORDER OF RECUSAL

THIS CAUSE came before the Court *sua sponte*. Having reviewed the file, the Judge has determined it is necessary and appropriate that he recuse himself from the bankruptcy case. Accordingly, it is

**ORDERED** that Judge Pugatch is recused from this case and the Clerk of the Court is directed to reassign this case along with any and all pending related adversary proceedings.

###

Copies furnished to:
All parties in interest
        *The Clerk of Court shall serve a copy of this order upon all parties in*

*interest.*